FILED

17 SEP 15 PM 3:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ emc  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MENDOZA,<br><br>Defendant. | Case No.: 17CR1672-BEN<br><br>JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION AND VACATING DATES |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant David Mendoza be dismissed. IT IS FURTHER ORDERED that the status hearing set for September 22, 2107 and the sentencing hearing set for October 2, 2017 are vacated.

DATED: September 12, 2017.

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE